**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-558-DWF/JGL**

Michael Lee Ricke,

Plaintiff,

-vs-

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

Trans Union LLC; Experian Information Solutions;
Gulf State Credit, L.L.C.; and
Greenwood Trust Company d/b/a
NOVUS Services, Inc. d/b/a Discover Card;

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorney, and Defendant Experian Information Solutions, Inc.., and its attorneys, that Plaintiffs' claims against Experian Information Solutions, Inc. shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEYS FOR PLAINTIFF**

By: ______________________

THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr., Esq.
342 East County Road D
Little Canada, MN 55117

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr. , Esq.
342 East County Road D
Little Canada, MN 55117

Dated: 4/11/02

**ATTORNEYS FOR DEFENDANT EXPERIAN**

By: ______________________

Gregory J. Myers, Esq..
Lockridge Grindal Nauen
100 Washington Avenue, Suite 2200
Minneapolis, MN 55401-2179

Gregory Woodard, Esq.
CA. Attorney I.D. #: 203019
Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, CA 92614

Dated: 4/10/02

APR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-558-DWF/JGL**

Michael Lee Ricke,

Plaintiff,

-vs-

**ORDER**

Trans Union LLC; Experian Information Solutions;
Gulf State Credit, L.L.C.; and
Greenwood Trust Company d/b/a
NOVUS Services, Inc. d/b/a Discover Card;

Defendants.

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' claims against Defendant Experian Information Solutions, Inc. shall be, and herewith are, dismissed with prejudice.

Dated: 4/12/02

Donovan W. Frank, Judge
United States District Court