RECEIVED
01 APR 19 AM 11:32
CLERK, U.S. DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Lee Ricke,

Plaintiff,

vs.

Trans Union LLC; Experian Information Solutions; Gulf State Credit; and Greenwood Trust Company d/b/a NOVUS Services, Inc., d/b/a Discover Card,

Defendants.

Case No.: 01-558 DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSSWER TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Michael Lee Ricke ("Plaintiff") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until Thursday, May 3, 2001, in the time available to answer Plaintiff's complaint.

Date: April 18, 2001.

CONSUMER JUSTICE CENTER, P.A.

By: ____________________

Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEY FOR PLAINTIFF

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: April 18, 2001.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until May 3, 2001, in the time available to answer Plaintiff's Complaint.

Dated: April 17, 2001.

BY THE COURT:

______________________
The Honorable Arthur J. Boylan
United States Magistrate Judge