**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

MICHAEL L. RICKE,

Plaintiff,

v.

TRANS UNION, L.L.C., ET AL.,

Defendant.

Civil No. 01-558 DWF/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 5/8/01

ARTHUR J. BOYLAN
United States Magistrate Judge

MAY 08 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Michael L. Ricke

vs. 01-558DWF/JGL

Trans Union, L.L.C., et al

This action has been re-assigned to Magistrate Judge Jonathan G. Lebedoff per recusal order of Magistrate Judge Boylan. Please use the above number and judges initials when filing documents with the court in the future.