UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-558 (DWF/JGL)

MICHAEL L. RICKE,

Plaintiff,

v.

**PRETRIAL ORDER**

TRANS UNION LLC, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2001;

3. Plaintiff shall disclose all expert witnesses by December 1, 2001, and reports by January 17, 2002; Defendants shall disclose all expert witnesses by January 17, 2002, and reports by March 1, 2002;

4. The period during which the parties may seek discovery shall be completed by May 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to July 1, 2002; and

7. This case will be considered "ready for trial" as of August 1, 2002.

DATED: June 15, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

12

FILED JUN 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK