RECEIVED
BY MAIL
AUG 3 2001
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Lee Ricke,

Plaintiff,

vs.

Trans Union LLC; Experian Information Solutions; Gulf State Credit; and Greenwood Trust Company d/b/a NOVUS Services, Inc., d/b/a Discover Card,

Defendants.

Case No.: 01-558 DWF/~~AJB~~ JGL

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Michael Lee Ricke ("Plaintiff") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted a one week extension, until August 1, 2001, in the time available to serve responses to Plaintiff's outstanding discovery requests.

Date: July 23, 2001.

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEY FOR PLAINTIFF

FILED AUG - 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Date: July 23, 2001.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until August 1, 2001 in the time available to serve responses to Plaintiff's outstanding discovery requests.

Dated: July __, 2001.
Aug. 6, 2001

BY THE COURT:

______________________
The Honorable JONATHAN LEBEDOFF
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500