UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Lee Ricke,

Plaintiff,

vs.

Trans Union LLC; Experian Information Solutions; Gulf State Credit; and Greenwood Trust Company d/b/a NOVUS Services, Inc., d/b/a Discover Card,

Defendants.

Case No.: 01-558 DWF/JGL

**STIPULATION AND ORDER REGARDING THE DEPOSITION OF PLAINTIFF**

WHEREAS, Defendants Trans Union LLC and Gulf State Credit have stated their intention to take the deposition of Plaintiff Michael Lee Ricke ("Plaintiff");

WHEREAS, the Court's Pretrial Order establishes a May 1, 2002 deadline for the completion of all discovery; and

WHEREAS, the parties have identified May 3, 2002 as the first available mutually convenient date for Plaintiff's deposition.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned legal counsel, that:

1. Defendants may take the deposition of Plaintiff after May 1, 2002.
2. The Court's deadline for completion of all discovery shall otherwise remain unchanged.
3. The Court may, upon the request of any party, enter an Order on the basis of this Stipulation.

APR 23 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Date: April 17, 2002.

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEY FOR PLAINTIFF

Date: April __, 2002.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Kathleen K. Statler #0161809
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION, LLC

Date: April __, 2002.

ERSTAD & REIMER

By: ______________________
Patrick K. Reilly #90451
Thomas H. Schaefer #231587
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
Telephone: (952) 896-3700
Facsimile: (952) 896-3717

Date: April __, 2002.

CONSUMER JUSTICE CENTER, P.A.

By:______________________________
Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEY FOR PLAINTIFF

Date: April __, 2002.

SHAPIRO PROFESSIONAL ASSOCIATION

By: Kathleen K. Statler
Kathleen K. Statler #0161809
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION, LLC

Date: April __, 2002.

ERSTAD & REIMER

By: ______________________________
Patrick K. Reilly #90451
Thomas H. Schaefer #231587
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
Telephone: (952) 896-3700
Facsimile: (952) 896-3717

Date: April __, 2002.

CONSUMER JUSTICE CENTER, P.A.

By:______________________
Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEY FOR PLAINTIFF

Date: April __, 2002.

SHAPIRO PROFESSIONAL ASSOCIATION

By:______________________
Kathleen K. Statler #0161809
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION, LLC

Date: April 18, 2002.

ERSTAD & REIMER

By:______________________
Patrick K. Reilly #90451
Thomas H. Schaefer #231587
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
Telephone: (952) 896-3700
Facsimile: (952) 896-3717

ATTORNEYS FOR DEFENDANT
GULF STATE CREDIT, LLC

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the foregoing Stipulation shall be and hereby is adopted as the Order of this Court.

Dated: April 23, 2002.

BY THE COURT:

The Honorable Jonathan Lebedoff
United States Magistrate Judge