**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-558-DWF/JGL**

Michael Lee Ricke,

Plaintiff,

-vs- **ORDER**

Trans Union LLC; Experian Information Solutions;
Gulf State Credit, L.L.C.; and
Greenwood Trust Company d/b/a
NOVUS Services, Inc. d/b/a Discover Card;

Defendants.

---

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union LLC shall be, and herewith are, dismissed with prejudice with each party to bear its own costs and attorney's fees.

Dated: 6/14/02

Donovan W. Frank, Judge
United States District Court

JUN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dutt

RECEIVED
BY MAIL
JUN - 7 2002
CLERK US DIST COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 01-558-DWF/JGL

Michael Lee Ricke,

Plaintiff,

-vs-

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Trans Union LLC; Experian Information Solutions; Gulf State Credit, L.L.C.; and Greenwood Trust Company d/b/a NOVUS Services, Inc. d/b/a Discover Card;

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorney, and Defendant Trans Union LLC, and its attorneys, that Plaintiff's claims against Trans Union LLC shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEYS FOR PLAINTIFF**

By:__________________________

THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr. , Esq.
342 East County Road D
Little Canada, MN 55117

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr. , Esq.
342 East County Road D
Little Canada, MN 55117

Dated: __________________________

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By: Kathleen K. Statler

SHAPIRO PROFESSIONAL ASSOCIATION
Ms. Kathleen Statler, Esq.
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 763-542-1716

PIPER, RUDNICK MARBURY & WOLFE
Monica L. Thompson, Esq.
Daniel Halvorsen, Esq
PIPER, MARBURY, RUDNICK & WOLFE 203
North LaSalle Street, Suite 1800
Chicago, IL 60601-1293

Dated: June 4, 2002

RECEIVED BY MAIL
JUN - 7 2002
CLERK US DIST COURT MINNEAPOLIS MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-558-DWF/JGL**

Michael Lee Ricke,

Plaintiff,

-vs-

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Trans Union LLC; Experian Information Solutions; Gulf State Credit, L.L.C.; and Greenwood Trust Company d/b/a NOVUS Services, Inc. d/b/a Discover Card;

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorney, and Defendant Trans Union LLC, and its attorneys, that Plaintiff's claims against Trans Union LLC shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEYS FOR PLAINTIFF**

By: [signature]

THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr., Esq.
342 East County Road D
Little Canada, MN 55117

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr., Esq.
342 East County Road D
Little Canada, MN 55117

Dated: 6/11/02

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By: Kathleen K. Statler

SHAPIRO PROFESSIONAL ASSOCIATION
Ms. Kathleen Statler, Esq.
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 763-542-1716

PIPER, RUDNICK MARBURY & WOLFE
Monica L. Thompson, Esq.
Daniel Halvorsen, Esq
PIPER, MARBURY, RUDNICK & WOLFE 203
North LaSalle Street, Suite 1800
Chicago, IL 60601-1293

Dated: June 4, 2002

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

## *Featured Speakers Include:*

**<u>District of Minnesota</u>**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**<u>United States Bankruptcy Court</u>**

**<u>District of Minnesota</u>**

**Judge Robert J. Kressel**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*;** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________
Firm/Employer ______________________
Address ______________________
______________________
Phone ______________________
E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building