**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael L. Ricke, suing as
Michael Lee Ricke,

Plaintiff,

v.

Gulf State Credit, L.L.C.,

Defendant.

Civil No. 01-558 (DWF/JGL)

**ORDER OF DISMISSAL**

---

Thomas J. Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117; and Thomas J. Lyons, Esq., Lyons & Associates, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

Patrick D. Reilly, Esq., and Thomas H. Schaefer, Esq., Erstad & Riemer, 200 Riverview Office Tower, 8009 - 34th Avenue South, Minneapolis, MN 55425-4409, counsel for Defendant.

---

The court having been advised by United States Magistrate Judge Jonathan Lebedoff that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 10, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 10 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________